**Donald SCHWAB, Petitioner,**

**v.**

**Bobby Glen STEWART et ux., Respondents.**

**No. A–10709.**

Supreme Court of Texas.

May 19, 1965.

Rehearing Denied June 16, 1965.

Morehead, Sharp, Boyd & Tisdel, Plainview, for petitioner.

Splawn & Maner, Lubbock, for respondents.

PER CURIAM.

This is an automobile collision case in which a judgment for the plaintiff has been affirmed by the Court of Civil Appeals. 387 S.W.2d 939. The application for writ of error is refused, no reversible error. If the Court of Civil Appeals meant to say that no violation of the provisions of Article 6701d, Vernon's Annotated Texas Civil Statutes may constitute negligence per se, our action is not to be understood as approving that conclusion.